**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID RENE GUEVARA MARROQUIN,

Petitioner,

v. Case No. 2: 26-cv-02666-MIS-JHR

WARDEN, Otero County Processing Center; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, El Paso Field Office Acting Director, Enforcement and Removal Operations; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; and TODD BLANCHE, Attorney General of the United States,

Respondents.

**ORDER OF DISMISSAL**

This matter is before the Court of the Petition for Writ of Habeas Corpus under § 2241 ("Petition") filed by David Rene Guevara Marroquin on August 13, 2026. ECF No. 1. Petitioner is an immigration detainee at the Otero County Processing Center in Chaparral, New Mexico Id. at 1. On August 18, 2026, the Court ordered Petitioner to show cause why the petition should not be dismissed because it appeared to raise solely a claim alleging that the conditions of his confinement violate the Eighth Amendment in that he has not received adequate medical care. ECF No. 4. The Court advised the Petitioner that it could not discern a basis for habeas relief based on the facts alleged in the Petition. Id. The Order warns that the failure to timely comply may result in dismissal without prejudice. Id.

The deadline for Petitioner to respond to the Petition was September 17, 2026. Petitioner did not comply or otherwise respond to the Order. The Court will therefore dismiss the Petition

without prejudice for failure to show cause and comply with the Court's order under Federal Rule of Civil Procedure 41(b). Olsen v. Mapes, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (citation omitted) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.").

**IT IS ORDERED** that Petitioner David Rene Guevara Marroquin's Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing the case.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE